Decided January 8, 1997

## BOARD OF EDUCATION OF THE CITY OF HART-FORD *v.* LOCAL 566, COUNCIL 4, AFSCME

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 499 (AC 15154), is denied.

*Jason W. Cohen*, in support of the petition.

*Ann F. Bird*, assistant corporation counsel, in opposition.

Decided January 8, 1997

## STATE OF CONNECTICUT *v.* MICHAEL MARSALA

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 527 (AC 14952), is denied.

*Susan Brown*, assistant public defender, in support of the petition.

*Christopher T. Godialis*, deputy assistant state's attorney, in opposition.

Decided January 8, 1997